## PROCEDURE WHERE SUBORDINATE IS SUSPENDED BY CHIEF OF POLICE.

Circuit Court of Cuyahoga County.

STATE OF OHIO, EX REL JOSEPH FINDING, V. FRED KOHLER, HY. D. WRIGHT, H. L. DAVIS AND JOHN VANEK.

Decided, March 20, 1911.

*Municipal Corporations—Chief of Police—Suspension of Subordinate— Trial by Director of Public Safety.*

When suspension is any part of the punishment inflicted upon one of his subordinates by the chief of police, he must forthwith certify that fact in writing to the director of public safety, for trial and judgment.

*F. F. Gentsch,* for plaintiff.
*Newton D. Baker,* contra.

WINCH, J.; HENRY, J., and MARVIN, J., concur.

While the chief of police of the city of Cleveland is invested by the statutes and police regulations with ample discretionary powers for disciplining his subordinates, the plain provisions of Section 4380, General Code, require that when suspension is any part of the punishment denounced by him, he shall forthwith in writing certify such fact together with the cause therefor to the director of public safety, who, within five days from the receipt thereof, shall proceed to inquire into the cause of such suspension and render judgment thereon. A peremptory writ to that end will issue in this case. The injunction prayed for is denied.